**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN FELT, JR.**

Plaintiff,

v.

Hon. Stephen J. Murphy, III
Mag Judge: Anthony P. Patti
Case No.: 26-10045

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
an Indiana corporation,

Defendant.

_______________________________________/

**WAIVER OF SERVICE OF SUMMONS**

Plaintiff, JOHN FELT, JR., through his attorneys, ILANA S. WILENKIN and FELDHEIM & WILENKIN, P.C., and pursuant to Fed Rules of Civ Proc R 4(d), serves Defendant, The Lincoln National Life Insurance Company, with this Waiver of Service of Summons:

**TO: ILANA S. WILENKIN, ESQ.**

I acknowledge receipt of your request that I waive service of a summons in the above-captioned cause, docket number 26-10045. I have also received a copy of the Complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that The Lincoln National Life Insurance Company be served with judicial process in the manner provided by Rule 4.

The Lincoln National Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in service of the summons.

I understand that a judgment may be entered against The Lincoln National Life Insurance Company if an answer or motion under Rule 12 is not served upon you within 60 days after January 7, 2026.

01/15/2026
DATE

Margaret A. Falck
SIGNATURE

Margaret A. Falck
PRINTED/TYPED NAME

(as AVP & Senior Counsel)

(of The Lincoln National Life Insurance Company)