UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FELT, JR.,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

______________________________/

Case No. 2:26-cv-10045

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING MOTION**
**TO EXCUSE COMPLIANCE WITH LOCAL RULE 83.20 [7]**

Defense Counsel, Iwana Rademaekers, is a member of the State Bar of Texas but is not a member of the State Bar of Michigan. Attorney Rademaekers is admitted to practice in the Eastern District of Michigan. ECF No. 7, PageID.63. Defendant moved, unopposed, to excuse compliance with Local Rule 83.20(f), and to proceed without the aid of local counsel. *Id.* For the following reasons, the Court will deny the motion.

The Eastern District of Michigan Local Rules require that "[a] member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district." E.D. Mich. LR 83.20(f)(1). Despite Attorney Rademaker's experience with the subject matter at issue here, she is not a member of the State Bar of Michigan and maintains an office in a different state. The Court does not see any principled reason to depart from the Local Rules here.

The Court finds that waiving the local counsel requirement is not appropriate and will deny Defendant's application for waiver of the local counsel requirement. Given that the Scheduling Conference will occur April 15, 2026, the Court will permit Attorney Rademaekers to appear for the scheduling conference without local counsel. It will, however, require local counsel to file an appearance no later than April 30, 2026.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's motion to excuse compliance with local rule 83.20(f)(1) is **DENIED**.

**IT IS FURTHER ORDERED** that that local counsel must **FILE** an appearance on the docket **no later than April 30, 2026**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 8, 2026