UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FELT, JR.,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.
______________________________/

Case No. 2:26-cv-10045

HONORABLE STEPHEN J. MURPHY, III

**SCHEDULING ORDER FOR ERISA ACTION**

Because the present case is an action relating to the denial of benefits under the Employment Retirement Income Security Act ("ERISA"), the proceedings will be conducted in accordance with the guidelines set forth by the Sixth Circuit in *Wilkins v. Baptist Healthcare System, Inc.*, 150 F.3d 609, 619 (6th Cir. 1998):

1. As to the merits of the action, the Court should conduct a de novo (or arbitrary and capricious, as appropriate) review based solely upon the administrative record and render findings of fact and conclusions of law accordingly. The Court may consider the parties' arguments concerning the proper analysis of the evidentiary materials contained in the administrative record but may not admit or consider any evidence not presented to the administrator.

2. The Court may consider evidence outside of the administrative record only if that evidence is offered in support of a procedural challenge to the administrator's decision, such as an alleged lack of due process afforded by the administrator or alleged bias on its part. This also means that any prehearing discovery by the Court should be limited to such procedural challenges.

3. For the reasons set forth above, the summary judgment procedures set forth in Rule 56 are inapposite to ERISA actions and thus should not be utilized in their disposition.

Counsel are thus directed to follow the following instructions:

First, Defendant shall serve and file the administrative record by **April 30, 2026**. Second, the parties shall file cross motions for judgment on the administrative record by **July 10, 2026**. Finally, responses must be filed by **August 14, 2026**. The parties agreed that there will be no replies. *See* ECF No. 9, PageID.75.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 17, 2026