UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN FELT, JR.,<br><br>Plaintiff,<br><br>Vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:26-cv-10045-SJM-APP<br><br>HON. Stephen J. Murphy, III<br>United States District Judge<br><br>HON. Anthony P. Patti<br>United States Magistrate Judge |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff John Felt, Jr. and Defendant The Lincoln National Life Insurance Company submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

Respectfully submitted on this 1st day of May 2026.

Respectfully submitted,

By: /s/ *Ilana S. Wilenkin*

Ilana S. Wilenkin (P61710)
Feldheim & Wilenkin, P.C.
*Attorney for Plaintiff*
30300 Northwestern Hwy., Ste 108
Farmington Hills, MI 48334
Phone: (248) 932-3505, ext. 323
Email: ilana@lawsmf.com

**AND**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers
(TX Bar No. 16452560)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
*Attorney for Defendant The Lincoln National Life Insurance Company*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**Admitted to the Eastern District of Michigan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ /s/ Iwana Rademaekers*
/s/ Iwana Rademaekers