UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN FELT, JR.,

Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.
_______________________________/

Case No. 2:26-cv-10045

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

Plaintiff John Felt, Jr. and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 8 day of May 2026.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 11, 2026

Respectfully submitted,

By: /s/ *Ilana S. Wilenkin*

Ilana S. Wilenkin (P61710)
Feldheim & Wilenkin, P.C.
*Attorney for Plaintiff*
30300 Northwestern Hwy., Ste 108
Farmington Hills, MI 48334
Phone: (248) 932-3505, ext. 323
Email: ilana@lawsmf.com

**AND**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers
(TX Bar No. 16452560)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
*Attorney for Defendant The Lincoln National Life Insurance Company*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**Admitted to the Eastern District of Michigan*